IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ROBERT FASANO and<br>FRANCESCA FASANO,<br>      Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>      Movant,<br><br>    v.<br><br>ROBERT FASANO,<br>FRANCESCA FASANO, and<br>CHARLES J. DEHART, III, Trustee,<br><br>      Respondents. | Bankruptcy No. 5:20-bk-03637-RNO<br><br>Chapter 13<br><br>Related to Doc. No. 14 |

## AMENDED CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 29th of January 2021, I served copies of Movant, Toyota Motor Credit Company's, Objection to Confirmation of Chapter 13 Plan filed January 9, 2021 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

Robert Fasano  
Francesca Fasano  
3111 West Clover Court  
Long Pond, PA 18334  

Steven R Savoia  
621 Ann Street  
PO Box 263  
Stroudsburg, PA 18360  
ssavoia@ptd.net

| | |
|---|---|
| Charles J DeHart, III<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>dehartstaff@pamd13trustee.com | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>ustpregion03.ha.ecf@usdoj.gov |

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.


    By: /s/*Keri P. Ebeck*
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    707 Grant Street
    Suite 2200, Gulf Tower
    Pittsburgh, PA 15219
    Phone - (412) 456-8112
    Fax - (412) 456-8135


    Counsel for Toyota Motor Credit Corporation