In re:  Case No. 20-03637-RNO

Robert Fasano  Chapter 13

Francesca Fasano

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3

Date Rcvd: Feb 01, 2021      Form ID: ntnew341      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Fasano, Francesca Fasano, 3111 West Clover Court, Long Pond, PA 18334-7940 |
| 5384056 | + | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5384057 | | American Education Services, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 5384058 | + | Berkheimer Tax Administrator, 50 N 7th Street, Bangor, PA 18013-1731 |
| 5384059 | | Capital One Services LLC (Cabelas), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5384063 | | Creditech, Inc., PO Box 20330, Lehigh Valley, PA 18002-0330 |
| 5384064 | + | Delray Recovery Center, 140 NE 4th Avenue, Delray Beach, FL 33483-4570 |
| 5384067 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5384068 | | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5384069 | + | Freedom Mortgage, 907 Pleasant Valley Avenue, Mt. Laurel, NJ 08054-1210 |
| 5384070 | | Goodyear Credit Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 5384071 | + | Home Depot, 5800 South Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5384073 | | MABT/TFC, 960 S Bishop Ave, Rolla, MO 65401-4415 |
| 5384075 | | Midland Funding LLC, c/o Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5384074 | + | Midland Funding LLC, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 5384076 | + | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5384078 | | Notre Dame FCU, 1828 Moreau Drive, Notre Dame, IN 46556 |
| 5387188 | + | Notre Dame Federal Credit Union, P.O. Box 7878, Notre Dame IN 46556-7878 |
| 5384079 | + | Notre Dame Regional School System, Business Office, 60 Spangenburg Avenue, East Stroudsburg, PA 18301-2724 |
| 5388060 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5384082 | + | Sirius XM Radio, Inc., PO Box 33174, Detroit, MI 48232-5174 |
| 5384083 | | Synchrony Bank (JC Pen, TJ Maxx, Lowes), PO Box 965009, Orlando, FL 32896-5008 |
| 5384084 | + | TD Bank USA, N.A., 7000 Target Parkway North, MS-NCB-0464, Brooklyn Park, MN 55445-4301 |
| 5384086 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 5385833 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5386061 | + | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5384088 | + | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 5384087 | + | University of Health Sciences, College of Osteopathic Medicine, 2105 Independence Boulevard, Kansas City, MO 64124-2311 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 01 2021 19:10:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5384061 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 01 2021 19:08:00 | Comenity Capital Bank (BJs), Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5384062 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 01 2021 19:10:58 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5384066 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 01 2021 19:08:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101?7346 |
| 5384065 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 01 2021 19:08:00 | Dept of Ed/Nelnet, 3015 Parker Rd, Suite 400, |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Aurora, CO 80014-2904 |
| 5384070 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2021 19:23:40 | Goodyear Credit Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 5384071 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2021 19:23:46 | Home Depot, 5800 South Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5384060 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 01 2021 19:11:09 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 5384072 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 01 2021 19:08:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5385179 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 01 2021 19:08:00 | Midland Funding LLC, P.O. Box 2011, Warren MI 48090-2011 |
| 5384077 | + | Email/PDF: pa_dc_claims@navient.com | Feb 01 2021 19:10:58 | Navient, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5387580 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 01 2021 19:08:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 5384081 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 01 2021 19:10:45 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5384080 | + | Email/Text: paparalegals@pandf.us | Feb 01 2021 19:08:00 | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 5382574 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 01 2021 19:10:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5384085 | | Email/Text: tidewaterlegalebn@twcs.com | Feb 01 2021 19:08:00 | Tidewater Finance Company, PO Box 13306, Chesapeake, VA 23325 |
| 5384900 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 01 2021 19:08:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021                    Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Steven R Savoia | on behalf of Debtor 1 Robert Fasano ssavoia@ptd.net |
| Steven R Savoia | on behalf of Debtor 2 Francesca Fasano ssavoia@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Fasano,
aka Robert J Fasano, aka Robert James Fasano,

    **Debtor 1**

Francesca Fasano,
aka Francesca M Fasano, aka Francesca Maria Fasano,

    **Debtor 2**

Chapter 13

Case No. 5:20−bk−03637−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: March 8, 2021 |
|---|---|
| | Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MichaelMcHugh, Deputy Clerk

Date: February 1, 2021

ntnew341 (04/18)