Kansas City University – Medicine
Attn:  Treasurer or Legal Dept.
1750 Independence Ave
Kansas City, MO  64106

Lehigh Valley Health Network
PO Box 4120
Allentown, PA  18105

Mandala Healing Center
5408 East Avenue
West Palm Beach, FL  33407

New York State
Higher Education Corporation
99 Washington Ave, Dept. 736
Albany, NY  12255