IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

In re ROBERT FASANO and : CASE NO. 5:20-bk-03637-RNO
FRANCESCA FASANO, :
: CHAPTER 13
Debtors. :
:

## CERTIFICATE OF MAILING

A. I certify that I am more than 18 years of age and that on January 29, 2021, I served by first class mail, postage prepaid copies of the **Notice of Chapter 13 Bankruptcy Case** (containing full social security numbers)(Docket #16), on the creditors listed below, which creditors are to be listed in the original Schedules, but were not listed on the original matrix filed at commencement of this case, to wit:

| Lehigh Valley Health Network<br>PO Box 4120<br>Allentown, PA  18105 | New York State<br>Higher Education Corporation<br>99 Washington Ave, Dept. 736<br>Albany, NY  12255 |
|---|---|

In addition, I certify that on February 10, 2021, I served upon the same creditors by first class mail, postage prepaid, a copy of the **Notice of Rescheduled Meeting of Creditors** (Docket #20).

B. I further certify that I am more than 18 years of age and that on February 10, 2021, I served by first class mail, postage prepaid copies of the **Notice of Chapter 13 Bankruptcy Case** (containing full social security numbers)(Docket #16), on the creditors listed below, which creditors are to be listed in the original Schedules, but were not listed on the original matrix filed at commencement of this case, along with a copy of the **Notice of Rescheduled Meeting of Creditors** (Docket #20), to wit:

| Kansas City University – Medicine<br>Attn:  Treasurer or Legal Dept.<br>1750 Independence Ave<br>Kansas City, MO  64106<br><br>University of Health Sciences, College of Osteopathic Medicine previously listed on matrix, mail for which mail was returned undeliverable.  The correct name and address of this creditor is listed in Schedules, and now added to matrix. | Mandala Healing Center<br>5408 East Avenue<br>West Palm Beach, FL  33407<br><br>Delray Recovery Center listed in Schedules and original matrix, but it has been determined that that is not the correct entity to be listed.  It was listed on original matrix, but mail was returned undeliverable. The name and address of correct creditor above is listed in Schedules, and now added to matrix. |
|---|---|

Creditors listed in sections A. & B. above are the sole creditors listed on the Amended Matrix (Adding Creditors)(Docket #24) uploaded on February 10, 2021.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

STEVEN R. SAVOIA, Attorney at Law


By: \_\_\_\_/s/ Steven R. Savoia_____
       Attorney ID # 92253
       621 Ann Street; P.O. Box 263
       Stroudsburg, PA 18360
       Telephone No.: (570) 972-2060
       Facsimile No.: (570) 338-3499
Attorney for the Debtors