United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-03637-RNO

Robert Fasano  Chapter 13

Francesca Fasano

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 3

Date Rcvd: Mar 08, 2021  Form ID: ntcnfhrg  Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Fasano, Francesca Fasano, 3111 West Clover Court, Long Pond, PA 18334-7940 |
| 5384056 | + | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5384057 | | American Education Services, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 5384058 | + | Berkheimer Tax Administrator, 50 N 7th Street, Bangor, PA 18013-1731 |
| 5393268 | + | Berkheimer, Agent for Tunkhannock Twp/SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5384059 | | Capital One Services LLC (Cabelas), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5393993 | + | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 5384063 | | Creditech, Inc., PO Box 20330, Lehigh Valley, PA 18002-0330 |
| 5384064 | + | Delray Recovery Center, 140 NE 4th Avenue, Delray Beach, FL 33483-4570 |
| 5384067 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5384068 | | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5384069 | + | Freedom Mortgage, 907 Pleasant Valley Avenue, Mt. Laurel, NJ 08054-1210 |
| 5393774 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5389545 | + | Kansas City University Medicine, Attn: Treasurer or Legal Dept., 1750 Independence Ave, Kansas City, MO 64106-1453 |
| 5389546 | + | Lehigh Valley Health Network, PO Box 4120, Allentown, PA 18105-4120 |
| 5384073 | | MABT/TFC, 960 S Bishop Ave, Rolla, MO 65401-4415 |
| 5389547 | + | Mandala Healing Center, 5408 East Avenue, West Palm Beach, FL 33407-2344 |
| 5384075 | | Midland Funding LLC, c/o Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5384074 | + | Midland Funding LLC, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 5384076 | + | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5389548 | + | New York State, Higher Education Corporation, 99 Washington Ave, Dept. 736, Albany, NY 12255-1100 |
| 5384078 | | Notre Dame FCU, 1828 Moreau Drive, Notre Dame, IN 46556 |
| 5387188 | + | Notre Dame Federal Credit Union, P.O. Box 7878, Notre Dame IN 46556-7878 |
| 5384079 | + | Notre Dame Regional School System, Business Office, 60 Spangenburg Avenue, East Stroudsburg, PA 18301-2724 |
| 5388060 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5384082 | + | Sirius XM Radio, Inc., PO Box 33174, Detroit, MI 48232-5174 |
| 5384083 | | Synchrony Bank (JC Pen, TJ Maxx, Lowes), PO Box 965009, Orlando, FL 32896-5008 |
| 5384084 | + | TD Bank USA, N.A., 7000 Target Parkway North, MS-NCB-0464, Brooklyn Park, MN 55445-4301 |
| 5384086 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 5385833 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5386061 | + | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5384088 | + | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 5384087 | + | University of Health Sciences, College of Osteopathic Medicine, 2105 Independence Boulevard, Kansas City, MO 64124-2311 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2021 19:02:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5393399 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 19:02:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5384061 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 08 2021 18:44:00 | Comenity Capital Bank (BJs), Bankruptcy Department, PO Box 183043, Columbus, OH |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 43218-3043 |
| 5384062 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 08 2021 19:02:04 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5384066 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 08 2021 18:43:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101?7346 |
| 5384065 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 08 2021 18:44:00 | Dept of Ed/Nelnet, 3015 Parker Rd, Suite 400, Aurora, CO 80014-2904 |
| 5384070 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 19:02:30 | Goodyear Credit Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 5384071 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 19:02:15 | Home Depot, 5800 South Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5384060 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 08 2021 19:02:04 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 5384072 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 08 2021 18:43:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5385179 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 08 2021 18:44:00 | Midland Funding LLC, P.O. Box 2011, Warren MI 48090-2011 |
| 5384077 | + | Email/PDF: pa_dc_claims@navient.com | Mar 08 2021 19:01:50 | Navient, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5387580 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 08 2021 18:43:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 5384081 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2021 19:02:21 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5392417 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2021 19:02:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5384080 | + | Email/Text: paparalegals@pandf.us | Mar 08 2021 18:44:00 | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 5391192 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 08 2021 18:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5393270 | | Email/Text: bnc-quantum@quantum3group.com | Mar 08 2021 18:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5382574 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2021 19:02:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5384085 | | Email/Text: tidewaterlegalebn@twcs.com | Mar 08 2021 18:43:00 | Tidewater Finance Company, PO Box 13306, Chesapeake, VA 23325 |
| 5384900 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 08 2021 18:44:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5392114 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Steven R Savoia | on behalf of Debtor 1 Robert Fasano ssavoia@ptd.net |
| Steven R Savoia | on behalf of Debtor 2 Francesca Fasano ssavoia@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Robert Fasano,<br>aka Robert J Fasano, aka Robert James Fasano, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20−bk−03637−RNO |
| Francesca Fasano,<br>aka Francesca M Fasano, aka Francesca Maria Fasano, | | |
| **Debtor 2** | | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **April 28, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: May 5, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2021 |

ntcnfhrg (03/18)