# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT FASANO AKA: ROBERT JAMES FASANO, ROBERT J FASANO FRANCESCA FASANO AKA: FRANCESCA MARIA FASANO, FRANCESCA M FASANO

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

ROBERT FASANO AKA: ROBERT JAMES FASANO, ROBERT J FASANO FRANCESCA FASANO AKA: FRANCESCA MARIA FASANO, FRANCESCA M FASANO
    Respondent(s)

CHAPTER 13

CASE NO: 5-20-03637-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 13, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on January 9, 2021.

2. A hearing was held and an Order was entered on May 5, 2021 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/ Agatha R. McHale, Esq.
Id: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT FASANO
AKA: ROBERT JAMES FASANO,
ROBERT J FASANO
FRANCESCA FASANO
AKA: FRANCESCA MARIA FASANO,
FRANCESCA M FASANO

CHAPTER 13

Debtor(s)

CASE NO: 5-20-03637-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
Courtroom #2
197 S. Main Street
Wilkes Barre, PA

Date: August 4, 2021

Time: 09:30 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com

Dated: July 13, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT FASANO
AKA: ROBERT JAMES FASANO, ROBERT J FASANO
FRANCESCA FASANO AKA: FRANCESCA MARIA FASANO, FRANCESCA M FASANO

      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant

ROBERT FASANO
AKA: ROBERT JAMES FASANO, ROBERT J FASANO
FRANCESCA FASANO AKA: FRANCESCA MARIA FASANO, FRANCESCA M FASANO

      Respondent(s)

CHAPTER 13

CASE NO: 5-20-03637-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 13, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

STEVEN R SAVOIA, ESQUIRE      Served electronically
621 ANN STREET
P.O. BOX 263
STROUDSBURG, PA 18360-

United States Trustee      Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

ROBERT FASANO      Served by 1st Class Mail
3111 WEST CLOVER COURT
LONG POND, PA 18344

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 13, 2021

Respectfully,
Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBERT FASANO<br>AKA: ROBERT JAMES FASANO,<br>ROBERT J FASANO<br>FRANCESCA FASANO<br>AKA: FRANCESCA MARIA<br>FASANO, FRANCESCA M FASANO<br>Debtor(s)<br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant<br>ROBERT FASANO<br>AKA: ROBERT JAMES FASANO,<br>ROBERT J FASANO<br>FRANCESCA FASANO<br>AKA: FRANCESCA MARIA<br>FASANO, FRANCESCA M FASANO<br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 5-20-03637-HWV |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.