

June 6, 2024

#BWCDMPG
#23660901# BK
US Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 S. Main St., Rm. 274
Wilkes-Barre, PA 18701


RE: Robert J. Fasano
    Case #20-03637
    Claim #6


Dear Sir or Madam:

On January 28, 2021, Proof of Claim #6 was filed in the amount of $57,063.94. Please accept this letter as a formal notice that this claim has now been satisfied. No further funds are due on this claim.

If you have questions, please contact us at 800-874-8982.

Thank you in advance for your assistance.

Sincerely,

/s/ Jeanine Peterson
Bankruptcy Administration
Ascendium Education Solutions, Inc.
PO Box 8961
Madison WI 53708-8961
Phone: 800-874-8982
Email: GA-Bankmail@AscendiumEducation.org

Ascendium Education Solutions, Inc.
38 Buttonwood Court
Madison, Wisconsin 53718
608.733.2500 | ascendiumeducation.org