UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:
ROBERT FASANO  CASE NO. 5:20-bk-03637-MJC
FRANCESCA FASANO  CHAPTER 13
      DEBTOR

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME: FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE: 04/29/2024

OLD NOTICE ADDRESS: 10500 Kincaid Drive, Suite 300
Fishers, IN 46037-9764

NEW NOTICE ADDRESS: 11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939

OLD PAYMENT ADDRESS: 10500 Kincaid Drive, Suite 300
Fishers, IN 46037-9764

NEW PAYMENT ADDRESS: 11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939

Dated: September 18, 2024

    */s/Lorri Beltz*
    Lorri Beltz, Vice President, Default
    Freedom Mortgage Corporation
    11988 Exit 5 Parkway, Building 4
    Fishers, IN 46037-7939
    Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:
ROBERT FASANO
FRANCESCA FASANO
      DEBTOR

CASE NO. 5:20-bk-03637-MJC
CHAPTER 13

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

STEVEN R SAVOIA
PO Box 263
621 ANN STREET
Stroudsburg PA 18360-0263
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

ROBERT FASANO
FRANCESCA FASANO
3111 W Clover Ct
Long Pond PA 18334-7940
*Debtor*

This 18th Day of September, 2024

      */s/Lorri Beltz*
      Lorri Beltz, Vice President, Default
      Freedom Mortgage Corporation
      11988 Exit 5 Parkway, Building 4
      Fishers, IN 46037-7939
      Telephone: (855) 690-5900