

15322-PAM-DE-040752108

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 18, 2026</u>, at <u>9:13</u> o'clock <u>PM CDT</u>, <u>Robert J Fasano</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>March 18, 2026</u>          By:     <u>/s/Richard Reibeling</u>

Name:  <u>Richard Reibeling</u>

Title:   <u>Certified Credit Counselor</u>