Certificate Number: 15322-PAM-DE-040761682

Bankruptcy Case Number: 20-03637



15322-PAM-DE-040761682

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 21, 2026</u>, at <u>3:05</u> o'clock <u>PM CDT</u>, <u>Francesca M Fasano</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 21, 2026</u>   By: <u>/s/Andrea Sanchez</u>

Name: <u>Andrea Sanchez</u>

Title: <u>Certified Credit Counselor</u>