In re:

Robert Fasano

Francesca Fasano

    Debtors

Case No. 20-03637-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 4

Date Rcvd: Apr 07, 2026            Form ID: 3180W            Total Noticed: 59

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert Fasano, Francesca Fasano, 3111 West Clover Court, Long Pond, PA 18334-7940 |
| 5384058 | + | Berkheimer Tax Administrator, 50 N 7th Street, Bangor, PA 18013-1731 |
| 5393268 | + | Berkheimer, Agent for Tunkhannock Twp/SD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5384059 | | Capital One Services LLC (Cabelas), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5384063 | | Creditech, Inc., PO Box 20330, Lehigh Valley, PA 18002-0330 |
| 5384064 | + | Delray Recovery Center, 140 NE 4th Avenue, Delray Beach, FL 33483-4570 |
| 5397024 | + | Emerald Lakes Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5384067 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5389545 | + | Kansas City University Medicine, Attn: Treasurer or Legal Dept., 1750 Independence Ave, Kansas City, MO 64106-1453 |
| 5389546 | + | Lehigh Valley Health Network, PO Box 4120, Allentown, PA 18105-4120 |
| 5384073 | | MABT/TFC, 960 S Bishop Ave, Rolla, MO 65401-4415 |
| 5389547 | + | Mandala Healing Center, 5408 East Avenue, West Palm Beach, FL 33407-2344 |
| 5389548 | + | New York State, Higher Education Corporation, 99 Washington Ave, Dept. 736, Albany, NY 12255-1100 |
| 5384079 | + | Notre Dame Regional School System, Business Office, 60 Spangenburg Avenue, East Stroudsburg, PA 18301-2724 |
| 5384082 | + | Sirius XM Radio, Inc., PO Box 33174, Detroit, MI 48232-5174 |
| 5384083 | | Synchrony Bank (JC Pen, TJ Maxx, Lowes), PO Box 965009, Orlando, FL 32896-5008 |
| 5384087 | + | University of Health Sciences, College of Osteopathic Medicine, 2105 Independence Boulevard, Kansas City, MO 64124-2311 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 07 2026 18:40:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison, WI 53708-8961 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Apr 07 2026 18:40:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | EDI: PRA.COM | Apr 07 2026 22:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AISACG.COM | Apr 07 2026 22:37:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5384056 | + | Email/Text: bncnotifications@pheaa.org | Apr 07 2026 18:40:00 | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5384057 | | Email/Text: bncnotifications@pheaa.org | Apr 07 2026 18:40:00 | American Education Services, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 5393993 | + | EDI: BASSASSOC.COM | Apr 07 2026 22:37:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712-1083 |
| 5384060 | | EDI: JPMORGANCHASE | Apr 07 2026 22:37:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |

| | | | |
|---|---|---|---|
| 5393399 | | EDI: CITICORP | |
| | | Apr 07 2026 22:37:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5384061 | | EDI: WFNNB.COM | |
| | | Apr 07 2026 22:37:00 | Comenity Capital Bank (BJs), Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5384062 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Apr 07 2026 18:39:14 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5384066 | | EDI: IRS.COM | |
| | | Apr 07 2026 22:37:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101?7346 |
| 5384065 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
| | | Apr 07 2026 18:40:00 | Dept of Ed/Nelnet, 3015 Parker Rd, Suite 400, Aurora, CO 80014-2904 |
| 5421967 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Apr 07 2026 18:40:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5421968 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Apr 07 2026 18:40:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5384068 | | EDI: AMINFOFP.COM | |
| | | Apr 07 2026 22:37:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5384069 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Apr 07 2026 18:40:00 | Freedom Mortgage, 907 Pleasant Valley Avenue, Mt. Laurel, NJ 08054-1210 |
| 5393774 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Apr 07 2026 18:40:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 5384070 | | EDI: CITICORP | |
| | | Apr 07 2026 22:37:00 | Goodyear Credit Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 5384071 | + | EDI: CITICORP | |
| | | Apr 07 2026 22:37:00 | Home Depot, 5800 South Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5384072 | + | EDI: CAPITALONE.COM | |
| | | Apr 07 2026 22:37:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5384076 | | Email/Text: EBN@Mohela.com | |
| | | Apr 07 2026 18:40:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5386061 | | Email/Text: EBN@Mohela.com | |
| | | Apr 07 2026 18:40:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5384074 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 07 2026 18:40:00 | Midland Funding LLC, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 5385179 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Apr 07 2026 18:40:00 | Midland Funding LLC, P.O. Box 2011, Warren MI 48090-2011 |
| 5384078 | | Email/Text: creditcounseling@notredamefcu.com | |
| | | Apr 07 2026 18:40:00 | Notre Dame FCU, 1828 Moreau Drive, Notre Dame, IN 46556 |
| 5387188 | | Email/Text: creditcounseling@notredamefcu.com | |
| | | Apr 07 2026 18:40:00 | Notre Dame Federal Credit Union, P.O. Box 7878, Notre Dame IN 46556 |
| 5384077 | + | Email/PDF: Bankruptcy_Prod@mohela.com | |
| | | Apr 07 2026 18:39:14 | Navient, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5387580 | + | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Apr 07 2026 18:40:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 5388060 | + | Email/Text: bncnotifications@pheaa.org | |
| | | Apr 07 2026 18:40:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5384081 | | EDI: PRA.COM | |
| | | Apr 07 2026 22:37:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5392417 | | EDI: PRA.COM | |
| | | Apr 07 2026 22:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| 5384075 | Email/Text: signed.order@pfwattorneys.com | Apr 07 2026 18:40:00 | Midland Funding LLC, c/o Pressler, Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5391192 | + EDI: JEFFERSONCAP.COM | Apr 07 2026 22:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5393270 | EDI: Q3G.COM | Apr 07 2026 22:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5382574 | + EDI: AIS.COM | Apr 07 2026 22:37:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5384084 | + EDI: WTRRNBANK.COM | Apr 07 2026 22:37:00 | TD Bank USA, N.A., 7000 Target Parkway North, MS-NCB-0464, Brooklyn Park, MN 55445-4301 |
| 5384085 | Email/Text: tidewaterlegalebn@twcs.com | Apr 07 2026 18:40:00 | Tidewater Finance Company, PO Box 13306, Chesapeake, VA 23325 |
| 5384086 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 07 2026 18:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 5385833 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 07 2026 18:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5384900 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 07 2026 18:40:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET SUITE 201, LINCOLN, NE 68508-1911 |
| 5384088 | + Email/Text: bkelectronicnotices@usaa.com | Apr 07 2026 18:40:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5392114 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5394120 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5394343 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5384080 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Steven R Savoia | on behalf of Debtor 1 Robert Fasano ssavoia@ptd.net |
| Steven R Savoia | on behalf of Debtor 2 Francesca Fasano ssavoia@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert Fasano | Social Security number or ITIN   xxx–xx–7812 |
| | First Name      Middle Name      Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Francesca Fasano | Social Security number or ITIN   xxx–xx–4558 |
| | First Name      Middle Name      Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number:   5:20–bk–03637–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Fasano
aka Robert J Fasano, aka Robert James Fasano

Francesca Fasano
aka Francesca M Fasano, aka Francesca Maria Fasano

**By the court:**

4/7/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:20-bk-03637-MJC    Doc 69    Filed 04/09/26    Entered 04/10/26 00:29:17    Desc
Imaged Certificate of Notice    Page 7 of 7