United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 20-03637-MJC

Robert Fasano                                                      Chapter 13

Francesca Fasano

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                       Page 1 of 2

Date Rcvd: May 26, 2026             Form ID: fnldec                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**             **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID**                     **Recipient Name and Address**
db/jdb                       +   Robert Fasano, Francesca Fasano, 3111 West Clover Court, Long Pond, PA 18334-7940

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

**Name**                      **Email Address**

Jack N Zaharopoulos

       ecf_pahu_alt@trustee13.com

Keri P Ebeck

       on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com
       btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mario J. Hanyon

       on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
       mario.hanyon@brockandscott.com

Matthew K. Fissel

       on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com   wbecf@brockandscott.com

Steven R Savoia

       on behalf of Debtor 2 Francesca Fasano ssavoia@ptd.net

Steven R Savoia
                                on behalf of Debtor 1 Robert Fasano ssavoia@ptd.net

United States Trustee
                                ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Fasano,                                                    Chapter        13
aka Robert J Fasano, aka Robert James Fasano,

    **Debtor 1**                                      Case No.        5:20−bk−03637−MJC

Francesca Fasano,
aka Francesca M Fasano, aka Francesca Maria Fasano,

    **Debtor 2**


Social Security No.:

        xxx−xx−7812                xxx−xx−4558

Employer's Tax I.D. No.:


# FINAL DECREE


The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos


is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.


By the Court,


Mark J. Conway, United States Bankruptcy Judge

Dated:  May 26, 2026

**fnldec** (01/22)